OSCN Found Document:IN RE APPROVAL OF UNIFORM JUVENILE CONTINUANCE ORDER

 

 
 

 
 IN RE APPROVAL OF UNIFORM JUVENILE CONTINUANCE ORDER
2019 OK 5
Decided: 02/25/2019
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2019 OK 5, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION. 

In re: Approval of Uniform Juvenile Continuance Order
ORDER
Â¶1 The Court has reviewed the recommendation of the Oklahoma Supreme Court Juvenile Justice Oversight and Advisory Committee and hereby adopts the attached order for continuance effective May 1, 2019.
DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE the 25th day of February, 2019.
/S/CHIEF JUSTICE
ALL JUSTICES CONCUR.

Â